```
MICHAEL S. LAWSON (SBN 48172)
City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, California 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
```

Attorneys for CITY OF HAYWARD,
E. MELENDEZ, and RON ACE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO G. AYALA, | Case No:. C10-02709 (LB) |
| Plaintiff, | [~~PROPOSED~~] CASE MANAGEMENT CONFERENCE ORDER |
| -vs- | |
| CITY OF HAYWARD; E. MELENDEZ; and RON ACE, | |
| Defendants. | |

Following consideration of the Joint Case Management Conference Statement filed on January 31, 2011, the Court **HEREBY ORDERS** the following:

## I. CASE MANAGEMENT AND TRIAL DATES

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Further Case Management Conference | 4/28/2011 at 1:30 p.m. |
| ADR completion date | 4/28/2011 |
| Non-expert discovery completion date | 6/24/2011 |
| Expert disclosures required by Federal Rules of Civil Procedure | 6/24/2011 |
| Rebuttal expert disclosures | 7/8/2011 |
| Expert discovery completion date | 8/5/2011 |

Ayala v. City of Hayward, et al.                                         ~~Proposed~~ Case Management Conference Order
USDC Case No. C10-02709 (LB)

| 1 | Last hearing date for dispositive motions | 10/6/2011 at 11:00 a.m. |

All other dates in the Case Management and Pretrial Order dated November 28, 2010 shall remain the same.

DATED:   February 9, 2011            By _____
                                        MAGISTRATE JUDGE LAUREL BEELER

IT IS SO ORDERED
*signature*
Judge Laurel Beeler