1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RANDOLPH S. HOM (SBN 152833)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 "B" Street
4  Hayward, California 94541
   Telephone: (510) 583-4450
5  Facsimile:  (510) 583-3660

6  Attorneys for Defendants CITY OF HAYWARD,
   RON ACE, and E.MELENDEZ
7

8  BRODERICK H. BROWN (SBN 246805)
   BRODERICK H. BROWN LAW FIRM
   2831 Telegraph Avenue
9  Oakland, California 94609

10  Attorneys for Plaintiff FRANCISCO AYALA

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14  FRANCISCO AYALA,                 )   Case No:.  C 10 -02709 (LB)
                                     )
15                        Plaintiff, )   STIPULATION AND (PROPOSED)
                                     )   ORDER FOR DISMISSAL OF ENTIRE
16       -vs-                        )   ACTION
                                     )
17  CITY OF HAYWARD, et al.,         )
                                     )
18                       Defendants. )
                                     )
19                                   )
    _____ )

20
                              STIPULATION
21

22  All parties hereby stipulate and agree by and through their respective counsel as follows:

23          That Plaintiff dismisses his entire action with prejudice;

    ///
24
    ///
25
    ///
26
    ///
27

---

1 _____ BRODERICK H. BROWN LAW FIRM

2

3 Dated: __April 15, 2011___      By:    __/s/_____

4                                        BRODERICK H. BROWN
                                         Attorney for Plaintiff

5

6                                        MICHAEL S. LAWSON, City Attorney

7

8 Dated:__April 15, 2011_____ By:   __/s/_____
                                         RANDOLPH S. HOM
9                                        Attorney for Defendants

10

11                              **ORDER**

12        PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14 Dated:_ April 25, 2011 _____

15 _____ MAGISTRATE JUDGE LAUREL BEELER

16

17

18

19

20

21

22

23

24

25

26

27